# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

**AARON TYRONE BEASLEY**

# CRIMINAL COMPLAINT

CASE NUMBER: 2:11-mj-179-GWF

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __02/02/2011__ in __Clark__ county, in the _____ District of __Nevada__ defendant(s), did: knowingly, willingly, unlawfully, and with intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Shreveport, Louisiana, or other destinations unknown, after committing the felony offenses of Robbery with a Deadly Weapon, a violation of Nevada Revised Statute (NRS) 200.380; First Degree Kidnap with a Deadly Weapon, a violation of NRS 200.310; Burglary with a Deadly Weapon, NRS 205.060.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

On 12/28/2010, Aaron Tyrone Beasley, born 04/09/1985, entered an apartment belonging to Christopher Thorne. Beasley hid in the bathroom. When Thorne entered, Beasley came out of the bathroom and pulled a gun. Beasley ordered Thorne to take off all of his clothes and then punched him several times. Beasley took his debit card and ordered Thorne to give him the pin number. Thorne realized an opportunity to escape and fled out of the apartment naked. Beasley then fled the scene. On 02/02/2011, Clark County District Court issued an arrest warrant for Beasley.

Affiant obtained a phone number for Beasley's girlfriend. Phone records were then obtained and show several calls to Louisiana. Beasley has a sister, Erica Beasley, who currently resides in Shreveport, Louisiana. The girlfriend's Facebook page was also identified. The girlfriend posted that no matter how many states away, that she loved him and would be with him soon. The girlfriend also posted on Erica's Facebook page to have her man call her when she got home.

Beasley's cell phone was also identified, but is currently out of service. On 02/20/2011, his phone hits in Tempe, AZ, and El Paso, TX, and appeared to be heading East on Interstate 10.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

_R. Theobald_
Signature of Complainant

LINDA THEOBALD
Task Force Officer, FBI
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,

By __GEORGE FOLEY, JR.__

__March 11, 2011__ at

Date

GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Las Vegas, Nevada
City and State

_George Foley_
Signature of Judicial Officer