# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-mj-00179-GWF |
| | ) | |
| v. | ) | MOTION FOR LEAVE TO DISMISS |
| | ) | |
| AARON TYRONE BEASLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Complaint filed on March 11, 2011, and requests the case be closed.

DANIEL G. BOGDEN
United States Attorney


 /s/ Russell E. Marsh
RUSSELL E. MARSH
Assistant United States Attorney


Leave of Court is  granted for the filing of the foregoing motion for leave to dismiss and  the case is ordered closed.

DATED this 22nd day of June 2011.

_____
GEORGE W. FOLEY JR.
United States Magistrate Judge